```
DAVID R. OWENS—CA State Bar No. 180829
dowens@owenstarabichi.com
BRUNO TARABICHI—CA State Bar No. 215129
btarabichi@owenstarabichi.com
OWENS TARABICHI LLP
111 W. Saint John St., Suite 588
San Jose, CA  95113
Telephone:    (408) 298-8200
Facsimile:     (408) 521-2203
```

FILED
08 JUL 11 PM 3: 34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Attorneys for Defendant
Stephanie A. Young

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNET & COMPANY LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT E. UHRIG, Individually, **WHITEROCK PARTNERS**, a Texas D/B/A, **STEPHANIE A. YOUNG**, Individually, **TINA C. MOLOCK**, Individually, and **DOES 1-50**, Inclusive,<br><br>Defendants. | Case No. CV 08 3366 MEJ<br>(Former San Mateo Superior Court Case, CIV-471614)<br><br>**DEFENDANT STEPHANIE A. YOUNG'S CONSENT TO REMOVAL OF THE PENDING STATE COURT ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that:

1. Defendant Stephanie A. Young hereby consents to and does not oppose the removal of San Mateo Superior Court Case, CIV-471614 entitled Connet & Company LLC v. Scott E. Uhrig, et al., (the "Action") filed on or about April 1, 2008, as requested by co-defendants Scott E. Uhrig and WhiteRock Partners.

2. Defendant Stephanie A. Young has not been properly served in this Action as yet for at least failure to comply with California Rule of Court 3.110(b), and Defendant Stephanie A. Young reserves the right to challenge the sufficiency of any alleged service. Accordingly, the

[1]

**DEFENDANT STEPHANIE A. YOUNG'S CONSENT TO REMOVAL**

time period for filing a notice of removal on behalf of Defendant Stephanie A. Young pursuant to 28 U.S.C. § 1446(b) has not begun, and Defendant Stephanie A. Young reserves the right to file such a notice of removal if necessary. In addition, the time period within which Defendant Stephanie A. Young must file an Answer has not begun.

Date: July 8, 2008

Respectfully Submitted,

**OWENS TARABICHI LLP**
Attorneys for Defendant Stephanie A. Young

David R. Owens—CA State Bar No. 180829
Bruno W. Tarabichi—CA State Bar No. 215129
111 W. Saint John St., Suite 588
San Jose, CA 95113
Telephone:   (408) 298-8200
Facsimile:    (408) 521-2203

[2]

**DEFENDANT STEPHANIE A. YOUNG'S CONSENT TO REMOVAL**