```
HOGE, FENTON, JONES & APPEL, INC.
LISA E. AGUIAR -- BAR NO. 139897
LEA@hogefentn.com
JONATHAN D. HICKS -- BAR. NO. 236981
JDH@hogefenton.com
60 South Market Street, Suite 2400
San Jose, CA 95113-2396
Telephone:   (408) 287-9501
Facsimile:   (408) 287-2583
```

Attorneys for Defendant and Cross-Complainant TINA C. MOLOCK

FILED
08 JUL 11 PM 3:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MEJ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNET & COMPANY LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT E. UHRIG, Individually, WHITE-ROCK PARTNERS, a Texas D/B/A, STEPHANIE A. YOUNG, Individually, TINA C. MOLOCK, Individually, and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. CV 08 3366<br>(Former San Mateo Superior Court Case, CIV-471614)<br><br>DEFENDANT TINA C. MOLOCK'S CONSENT TO REMOVAL OF THE PENDING STATE COURT ACTION TO FEDERAL COURT, PURSUANT TO 28 U.S.C. § 1441 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that:

1.  Pursuant to the procedures in 28 U.S.C. § 1446, defendant, **TINA C. MOLOCK**, hereby **CONSENTS** to the Removal of the San Mateo Superior Court Case, CIV – 471614 entitled *Connet & Company LLC v. Scott E. Uhrig, et al.* (the "Action"), filed on or about April 1, 2008, by Connet & Company, LLC as sole Plaintiff, against Defendants Scott Uhrig, WhiteRock Partners,

PRINTED ON
RECYCLED PAPER

- 1 -

DEFENDANT TINA C. MOLOCK'S CONSENT TO REMOVAL

1    Tina C. Molock, Stephanie A. Young, and unidentified defendants Does 1-50. The removal is filed

2    by co-defendant Scott E. Uhrig, d/b/a WhiteRock Partners, to the United States District Court for

3    the Northern District of California. This removal is supported by 28 U.S.C. §1441.

4    2.    Defendant Tina C. Molock is a resident of the State of Georgia.

5    3.    Plaintiff Connet & Company, LLC served Defendant Tina C. Molock with process

6    and its Complaint. Before removal, Defendant Tina C. Molock answered and counterclaimed

7    against Plaintiff Connet & Company, LLC for damages.

8    4.    On the face of plaintiff Connet & Company, LLC's complaint in the Action, the

9    amount in controversy is not apparent.

10    5.    However, on June 16, 2008, Plaintiff served Plaintiff Connet & Company LLC's

11    Responses To Defendant Tina C. Molock's Form Interrogatories – General (Set One), a copy of

12    which is attached to the Notice Of Removal as Exhibit A. At page 13, lines 16 through 17 of that

13    discovery response, Plaintiff states: "The amount of total damages has not yet been determined, but

14    upon information and belief is in excess of $75,000."

15    6.    Contemporaneous with the filing of a Notice of Removal in the Action with the

16    Superior Court of California in and for San Mateo County, a copy of this Consent to Removal was

17    also filed.

18    DATED: July 3, 2008

19                                                            RESPECTFULLY SUBMITTED,

20                                                            HOGE, FENTON, JONES & APPEL, INC.
                                                                Attorneys for Defendant and Counter-
21                                                          Complainant Tina Molock

22

23

24                                                          Lisa E. Aguiar -- Bar No. 139897
                                                           Jonathan D. Hicks – Bar No. 236981
25                                                          60 South Market Street, Suite 1400
                                                           San Jose, California 95113-2396
26                                                          Telephone: (408) 287-9501
                                                           Fax: (408) 287-2583

27

28

PRINTED ON
RECYCLED PAPER

- 2 -

**DEFENDANT TINA C. MOLOCK'S CONSENT TO REMOVAL**