Gregory C. Simonian, Esq. (SBN 131162)
Valerie S. Higgins, Esq. (SBN 238323)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX
gsimonian@legalteam.com
vhiggins@legalteam.com

FILED
08 JUL 11 PM 3: 35
RICHARD W. WIEKING
U.S. DISTRICT COURT
N DISTRICT OF CALIFORNIA

E-filing

Attorneys for Defendant and Counter Claimant
Scott E. Uhrig, individually and doing business as, Whiterock Partners

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MEJ

| | |
|---|---|
| CONNET & COMPANY LLC, a Delaware Limited Liability Company<br><br>Plaintiff<br><br>v.<br><br>SCOTT E. UHRIG, Individually, WHITE-ROCK PARTNERS, a Texas D/B/A, STEPHANIE A. YOUNG, Individually, TINA C. MOLOCK, Individually, and DOES 1-50, Inclusive,<br><br>Defendant. | Case No.: CV 08 3366<br><br>PROOF OF SERVICE |

## PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is One First Street, Suite 2, Los Altos, California, 94022-2753.

On July 11, 2008, I served the following document(s):

**ANSWER AND COUNTER CLAIM OF SCOTT E. UHRIG, INDIVIDUALLY AND DOING BUSINESS AS WHITEROCK PARTNERS; JURY DEMANDED**

**NOTICE OF REMOVAL OF ACTION [28 U.S.C. 1441(b)]; (DIVERSITY/AMOUNT IN CONTROVERSY); DEMAND FOR JURY TRIAL**

**DEFENDANT STEPHANIE A. YOUNG'S CONSENT TO REMOVAL OF THE PENDING STATE COURT ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441**

**DEFENDANT TINA C. MOLOCK'S CONSENT TO REMOVAL OF THE PENDING STATE COURT ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441**

**CIVIL COVER SHEET**

on the following interested parties in said action:

| | |
|---|---|
| Eric C. Kastner | Jonathan Hicks |
| Philip Martin | Lisa E. Aguiar |
| Kastner/Blanchero LLP | Hoge, Fenton, Jones & Appel, Inc. |
| 2465 E. Bayshore Road, Suite 405 | 60 South Market Street, Suite 2400 |
| Palo Alto, CA 94303 | San Jose, CA 95113-2396 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant and Cross-Complainant** |

David R. Owens
Bruno Tarabichi
Owens Tarabichi
111 W. Saint John St., Suite 588
San Jose, CA 95113
**Attorneys for Defendant Young**

by using the following form of service:

__X__ (VIA MAIL) I placed a true copy of the above-referenced documents in a sealed envelope with postage thereon fully prepaid; I caused the envelope to be deposited in the mail at Los Altos, California in accordance with the standard practice of Reynolds Casas & Riley, LLP for collection and processing of correspondence for mailing. I am familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, mail is deposited, with postage thereon fully prepaid, with the U.S. Postal Service on the same day in the ordinary course of business.

1
2    _____ (VIA FACSIMILE) I caused a true copy of the above-referenced documents to be transmitted by facsimile transmission to the person(s) listed above at the fax number last given by that person.
3
4    _____ (VIA OVERNIGHT DELIVERY) I placed a true copy of the above-referenced documents in a sealed envelope and caused said envelope to be deposited with an express service carrier for delivery on the following business day to the person(s) listed above by either depositing the envelope in a box or facility regularly maintained by the express service carrier or delivering the envelope to an authorized courier or driver of the express service carrier.
5
6
7    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2008, at Los Altos, California.
8
9                                                    Mandi Cantrell

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28