

1  **THE MAJORIE FIRM, LTD**
   Francis B. Majorie (TX Bar 12851420)
2  3514 Cedar Springs Road
   Dallas, Texas 75219
3  Telephone:   (214) 522-7400
4  Facsimile:   (214) 522-7911
   fbmajorie@themajoriefirm.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONNET & COMPANY LLC**, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>**SCOTT E. UHRIG**, Individually, **WHITE-ROCK PARTNERS**, a Texas D/B/A, **STEPHANIE A. YOUNG**, Individually, **TINA C. MOLOCK**, Individually, and **DOES 1-50**, Inclusive,<br><br>Defendants. | CASE NO. C 08-03366 MEJ<br>(Former San Mateo Superior Court Case, CIV-471614)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Francis B. Majorie, an active member in good standing of the bar of the State of Texas and the United States District Court for the Northern District of Texas, hereby applies for admission in the Northern District of California on a *pro hac vice* basis representing Defendant Scott E. Uhrig, individually and doing business as Defendant White-Rock Partners.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

11.4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above entitled action. The name, address and telephone number of those attorneys are: Gregory C. Simonian and Valerie S. Higgins, CASAS RILEY & SIMONIAN, LLP, One First Street, Suite 2, Los Altos, CA 94022, 650-948-7200.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2008

Francis B. Majorie, Esq.

- 2 -

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case Number _C 08-03366 MEJ____