1  ERIC C. KASTNER (SBN 53858)
   J. PHILIP MARTIN (SBN 55100)
2  KASTNER | BANCHERO LLP
   2465 East Bayshore Road, Suite 405
3  Palo Alto, CA  94303
4  Telephone:     (650) 967-7854
   Facsimile:      (650) 320-9640
5
6  Attorneys for Plaintiff CONNET & COMPANY, LLC
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11
   CONNET & COMPANY, LLC            ) CASE NO. CV-083366-MEJ
12                                  )
                Plaintiff,           ) **CERTIFICATE OF SERVICE**
13                                  )
       v.                           )
14                                  )
                                    )
15 SCOTT E. UHRIG, an individual,   )
   WHITEROCK PARTNERS, an           )
16 unknown Texas business entity,   )
   STEPHANIE A. YOUNG, an individual,)
17 TINA C. MOLOCK, an individual, and)
   DOES 1-50                        )
18              Defendant.          )
19                                  )

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KASTNER BANCHERO, LLP<br>2465 East Bayshore Road, Suite 405<br>PALO ALTO, CA 94303<br>Telephone No: (650) 967-7854  FAX No: (650) 320-9640 | | |
| Attorney for: | Ref. No. or File No.: | |

**Insert name of Court, and Judicial District and Branch Court:**
SAN MATEO COUNTY SUPERIOR COURT

**Applicant:** CONNET & COMPANY LLC
· UHRIG, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CIV 471614 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; NOTICE OF CASE MANAGEMENT; BLANK CASE MANAGEMENT STATEMENT; ADR INFORMATION PACKAGE; LOCAL RULES; COURTCALL TELEPHONIC APPEARANCE PACKET W/REQUEST.

3. a. Party served:  STEPHANIE A. YOUNG, an individual
   b. Person served:  KITTY INGRAM, RECEPTIONIST

4. Address where the party was served:  303 PEACHTREE ST.
   NORTH EAST ATLANTA, GA

5. I served the party:
   b. by substituted service. On: Fri., Jun. 27, 2008 at: 9:40AM by leaving the copies with or in the presence of:
      KITTY INGRAM, RECEPTIONIST
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHYRSTAL BIRD
   b. SWIFT ATTORNEY SERVICE   d. The Fee for Service was:
      P.O. BOX 5324                e. I am: Affialite
      500 ALLERTON STREET, SUITE 105
      Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jun. 30, 2008

Judicial Council Form POS-010  PROOF OF SERVICE  *(signed)* Chystal Byrd
Rule 2.150(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT  (CHYRSTAL BYRD)  kastner.24017

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| KASTNER BANCHERO, LLP<br>2465 East Bayshore Road, Suite 405<br>PALO ALTO, CA 94303 | | | | |
| Telephone No: (650) 967-7854    FAX: No: (650) 320-9640 | | Ref. No or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
SAN MATEO COUNTY SUPERIOR COURT

: CONNET & COMPANY LLC
: UHRIG, et al.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CIV 471614 |
|---|---|---|---|---|

1. I, CHYRSTAL BIRD, and any employee or independent contractors retained by SWIFT ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant STEPHANIE A. YOUNG, an individual as follows:

2. Documents: SUMMONS (AND) COMPLAINT; NOTICE OF CASE MANAGEMENT; BLANK CASE MANAGEMENT STATEMENT; ADR INFORMATION PACKAGE; LOCAL RULES; COURTCALL TELEPHONIC APPEARANCE PACKET W/REQUEST..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 06/12/08 | 7:35pm | Home | NO ANSWER Attempt made by: DENNIS NOWIK. Attempt at: 6370 LAKE OAK LANDING EAST CUMMING GA 30040. |
| Fri | 06/13/08 | 7:45am | Home | NO ANSWER Attempt made by: DENNIS NOWIK. Attempt at: 6370 LAKE OAK LANDING EAST CUMMING GA 30040. |
| Fri | 06/13/08 | 5:30pm | Home | THE SUBJECT IS NOT IN PER CAUCASIAN MALE, EARLY 40'S, DARK BROWN - CREW CUT HAIR, 5'10", MEDIUM BUILD, WHO STATED HE WAS HER HUSBAND. WHEN THE DOCUMENTS WERE HANDED OVER TO HIM AND HE TOOK THE PAPERS, HE LOOKED AT THEM AND THEN TOSSED THEM TOWARDS THE GARBAGE CANS WHERE THEY LANDED ON THE LAWN. HE SAID "THEY'RE JUST GOING IN THE GARBAGE ANYWAY". Attempt made by: DENNIS NOWIK. Attempt at: 6370 LAKE OAK LANDING EAST CUMMING GA 30040. |
| Mon | 06/16/08 | 6:00pm | Home | NO ANSWER Attempt made by: DENNIS NOWIK. Attempt at: 6370 LAKE OAK LANDING EAST CUMMING GA 30040. |
| Tue | 06/17/08 | 7:20am | Home | NO ANSWER Attempt made by: DENNIS NOWIK. Attempt at: 6370 LAKE OAK LANDING EAST CUMMING GA 30040. |
| Tue | 06/24/08 | 7:00am | Home | NO ANSWER Attempt made by: DENNIS NOWIK. Attempt at: 6370 LAKE OAK LANDING EAST CUMMING GA 30040. |
| Tue | 06/24/08 | 6:30pm | Home | NO ANSWER Attempt made by: DENNIS NOWIK. Attempt at: 6370 LAKE OAK LANDING EAST CUMMING GA 30040. |
| Wed | 06/25/08 | 8:00am | Home | NO ANSWER Attempt made by: DENNIS NOWIK. Attempt at: 6370 LAKE OAK LANDING EAST CUMMING GA 30040. |

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KASTNER BANCHERO, LLP<br>2465 East Bayshore Road, Suite 405<br>PALO ALTO, CA 94303 | |

Telephone No: (650) 967-7854   FAX No: (650) 320-9640   Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
SAN MATEO COUNTY SUPERIOR COURT

: CONNET & COMPANY LLC
: UHRIG, et al.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CIV 471614 |
|---|---|---|---|---|

SUMMONS & COMPLAINT

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/27/08 | 9:40am | Business | Substituted Service on: STEPHANIE A. YOUNG, an individual Business - 303 PEACHTREE ST. NORTH EAST ATLANTA, GA. by Serving: KITTY INGRAM, RECEPTIONIST a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: CHYRSTAL BIRD |
| Fri | 06/27/08 | | | Mailed copy of Documents to: STEPHANIE A. YOUNG, an individual |

3. *Person Executing*
   a. DENNIS NOWIK
   b. SWIFT ATTORNEY SERVICE
      P.O. BOX 5324
      500 ALLERTON STREET, SUITE 105
      Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) Affialite

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Page Number 2
Date: Mon, Jun. 30, 2008       AFFIDAVIT OF REASONABLE DILIGENCE     (DENNIS NOWIK)      kastner.24017

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KASTNER BANCHERO, LLP<br>2465 East Bayshore Road, Suite 405<br>PALO ALTO, CA 94303<br>Telephone No: (650) 967-7854   FAX No: (650) 320-9640 | | |
| Attorney for: | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>SAN MATEO COUNTY SUPERIOR COURT | | |
| Applicant: CONNET & COMPANY LLC | | |
| UHRIG, et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CIV 471614 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS (AND) COMPLAINT; NOTICE OF CASE MANAGEMENT; BLANK CASE MANAGEMENT STATEMENT; ADR INFORMATION PACKAGE; LOCAL RULES; COURTCALL TELEPHONIC APPEARANCE PACKET W/REQUEST.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:      Fri., Jun. 27, 2008
   b. Place of Mailing:     Redwood City, CA 94063
   c. Addressed as follows: STEPHANIE A. YOUNG, an individual
                            303 PEACHTREE ST.
                            NORTH EAST ATLANTA, GA

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jun. 27, 2008 in the ordinary course of business.

5. Person Serving:
   a. KATELIN A. STASUN
   b. SWIFT ATTORNEY SERVICE
      P.O. BOX 5324
      500 ALLERTON STREET, SUITE 105
      Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  Registration No.:
      (iii) County:

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jun 30, 2008  JULY 15, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(KATELIN A. STASUN)

kastner24017

**PROOF OF SERVICE**

I am over the age of eighteen and not a party to this action. My business address is 2465 East Bayshore Road, Suite 405, Palo Alto, California 94303. On the date listed below, I served the following document(s):

1. **CERTIFICATE OF SERVICE**

on the person(s) and address(es) listed below:

| | |
|---|---|
| Jonathan Hicks<br>Lisa E. Aguiar<br>Hoge, Fenton, Jones & Appel, Inc.<br>60 South Market Street, Suite 2400<br>San Jose, CA 95113-2396 | David R. Owens<br>Bruno Tarabichi<br>Owens Tarabichi<br>111 W. Saint John St., Suite 588<br>San Jose, CA 95113 |
| Gregory C. Simonian, Esq. (SBN 131 62)<br>Val•rie S. Higgins, Esq. (SBN 238323)<br>CASAS RILEY & S1MONIAN, LLP<br>One First Street, Suite 2<br>Los Altos, CA 94022 | THE MAJORIE FIRM, LTD.<br>Francis B. Majorie<br>3514 Cedar Springs Road<br>Dallas, Texas 75219 |

by the following means:

| | |
|---|---|
| | BY PERSONAL SERVICE. I caused to be personally delivered the documents to the persons at the addresses listed above. |
| x | BY U.S. MAIL. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. |
| | BY CERTIFIED U.S. MAIL. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. RETURN RECEIPT REQUESTED |
| | BY OVERNIGHT DELIVERY. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| | BY FAX TRANSMISSION. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 22, 2008.

_____
DAVID DOERMANN

1

PROOF OF SERVICE - CASE NO. CIV471614