Gregory C. Simonian, Esq. (SBN 131162)
Valerie S. Higgins, Esq. (SBN 238323)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX
gsimonian@legalteam.com
vhiggins@legalteam.com

Attorneys for Defendant and Counter Claimant
Scott E. Uhrig, individually and doing business as, Whiterock Partners

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONNET & COMPANY LLC**, a Delaware Limited Liability Company<br><br>Plaintiff<br><br>v.<br><br>**SCOTT E. UHRIG**, Individually, **WHITE-ROCK PARTNERS**, a Texas D/B/A, **STEPHANIE A. YOUNG**, Individually, **TINA C. MOLOCK**, Individually, and **DOES 1-50**, Inclusive,<br><br>Defendant. | Case No.: C 08-03366 MEJ<br><br>**PROOF OF SERVICE** |

FILED 08 JUL 17 PM 4:09

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

1

Proof of Service

# PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is One First Street, Suite 2, Los Altos, California, 94022-2753.

On July 16, 2008, I served the following document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

on the following interested parties in said action:

| | |
|---|---|
| Eric C. Kastner | Jonathan Hicks |
| Philip Martin | Lisa E. Aguiar |
| Kastner/Blanchero LLP | Hoge, Fenton, Jones & Appel, Inc. |
| 2465 E. Bayshore Road, Suite 405 | 60 South Market Street, Suite 2400 |
| Palo Alto, CA 94303 | San Jose, CA 95113-2396 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant and Cross-Complainant** |

David R. Owens
Bruno Tarabichi
Owens Tarabichi
111 W. Saint John St., Suite 588
San Jose, CA 95113
**Attorneys for Defendant Young**

by using the following form of service:

__X__ (VIA MAIL) I placed a true copy of the above-referenced documents in a sealed envelope with postage thereon fully prepaid; I caused the envelope to be deposited in the mail at Los Altos, California in accordance with the standard practice of Casas Riley & Simonian, LLP for collection and processing of correspondence for mailing. I am familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, mail is deposited, with postage thereon fully prepaid, with the U.S. Postal Service on the same day in the ordinary course of business.

_____ (VIA FACSIMILE) I caused a true copy of the above-referenced documents to be transmitted by facsimile transmission to the person(s) listed above at the fax number last given by that person.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2008, at Los Altos, California.

Mandi Cantrell

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200