ERIC C. KASTNER (SBN 53858)
J. PHILIP MARTIN (SBN 55100)
KASTNER | BANCHERO LLP
2465 East Bayshore Road, Suite 405
Palo Alto, CA  94303
Telephone:    (650) 967-7854
Facsimile:    (650) 320-9640

Attorneys for Plaintiff CONNET & COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNET & COMPANY, LLC ) | CASE NO. C-083366-MEJ |
| ) | |
| Plaintiff, ) | **DECLINATION TO PROCEED** |
| ) | **BEFORE A MAGISTRATE JUDGE** |
| v. ) | **AND** |
| ) | **REQUEST FOR REASSIGNMENT** |
| SCOTT E. UHRIG, et al. ) | **TO A UNITED STATES DISTRICT** |
| ) | **JUDGE** |
| Defendant. ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 23, 2008          Signature _____
                                         Eric C. Kastner
                              Counsel for Plaintiff CONNET & COMPANY

- 1 -

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE