ERIC C. KASTNER (SBN 53858)
L. ROBIN GONZALEZ (176481)
KASTNER | BANCHERO LLP
2465 East Bayshore Road, Suite 405
Palo Alto, CA  94303
Telephone:    (650) 967-7854
Facsimile:    (650) 320-9640

Attorneys for Plaintiff
CONNET & COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNET & COMPANY LLC<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT E. UHRIG, an individual, WHITEROCK PARTNERS, an unknown Texas business entity, STEPHANIE A. YOUNG, an individual, TINA C. MOLOCK, an individual, and DOES 1-50<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS ACTIONS. | CASE NO.  C083366-MEJ<br><br>**PLAINTIFF CONNET & COMPANY LLC DEMAND FOR JURY TRIAL** |

　　　Plaintiff and Counter-Defendant Connet & Company hereby demands a jury trial in this matter.

DATED: July 28, 2008　　　　　　　　　　KASTNER | BANCHERO, LLP


　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Eric C. Kastner
　　　　　　　　　　　　　　　　　　　　L. Robin Gonzalez
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　CONNET & COMPANY LLC

- 1 -

**PLAINTIFF CONNET & COMPANY LLC DEMAND FOR JURY TRIAL - Case No. C 08-03366 MEJ**