# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNET & COMPANY, LLC.,<br>              Plaintiff (s)<br>   v.<br><br>SCOTT E. UHRIG. et al.<br>              Defendant (s) | CASE NO. C-08-3366 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  X  (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: August 4, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk