1  ERIC C. KASTNER (SBN 53858)
   J. PHILIP MARTIN (SBN 55100)
2  KASTNER | BANCHERO LLP
   2465 East Bayshore Road, Suite 405
3  Palo Alto, CA  94303
4  Telephone:   (650) 967-7854
   Facsimile:    (650) 320-9640
5
6  Attorneys for Plaintiff and Counter-Defendant
   CONNET & COMPANY, LLC
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11 CONNET & COMPANY, LLC            ) CASE NO. C-083366-MEJ
                                    )
12              Plaintiff,           ) STIPULATION TO EXTEND TIME
                                    ) FOR CONNET & COMPANY., LLC
13       v.                         ) TO ANSWER COUNTERCLAIM OF
                                    ) DEFENDANTS SCOTT E. UHRIG,
14 SCOTT E. UHRIG, et al.           ) INDIVIDUALLY AND DBA
                                    ) WHITEROCK PARTNERS
15              Defendant.          )
16 _____  )

17       IT IS HEREBY STIPULATED by and between the parties hereto, through their counsel

18 of record, pursuant to Northern District of California Civil Local Rule 6-1(a), that the time for

19 Plaintiff and Counter-Defendant CONNET & COMPANY, LLC to answer the Counterclaim

20 filed by Defendants and Counterclaimants SCOTT E. UHRIG, individually and dba

21 WHITEROCK PARTNERS, is extended. CONNET & CO. will hereby file an answer to the

22 counterclaim on or before August 11, 2008. The parties represent the extension of time to file the

23 answer will not alter the date of any event or deadline already fixed by Court order.

24       / / /
25       / / /
26       / / /
27       / / /
28
                                  - 1 -
STIPULATION TO EXTEND TIME TO FILE ANSWER TO COUNTERCLAIM
CASE NO. C-083366-MEJ

IT IS SO STIPULATED:

Dated: August 5, 2008

KASTNER | BANCHERO

_____
ERIC C. KASTNER
Attorneys for Plaintiff and Counter-Defendant
CONNET & COMPANY

Dated: August 5, 2008

CASAS RILEY & SIMONIAN, LLP

_____
VALERIE S. HIGGINS
Attorneys for Defendant and Counterclaimant
SCOTT E. UHRIG, individually and doing business as
WHITEROCK PARTNERS