**CASAS RILEY & SIMONIAN, LLP**
Gregory C. Simonian (California Bar No. 131162)
Valerie S. Higgins (California Bar No. 238323)
One First Street, Suite 2
Los Altos, CA 94022
Telephone:  (650) 948-7200
Facsimile:   (650) 948-7220
gsimonian@legalteam.com

Attorneys for Defendant
Scott E. Uhrig, individually and doing business as
WhiteRock Partners

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CONNET & COMPANY LLC**, a Delaware Limited Liability Company<br><br>          Plaintiff,<br><br>     v.<br><br>**SCOTT E. UHRIG**, Individually, **WHITE-ROCK PARTNERS**, a Texas D/B/A, **STEPHANIE A. YOUNG**, Individually, **TINA C. MOLOCK**, Individually, and **DOES 1-50**, Inclusive,<br><br>          Defendants. | CASE NO.  C 08-3366 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **CONNET & COMPANY, LLC**,  a Delaware Limited Liability Company<br><br>          Cross-Complainant<br><br>     v.<br><br>**SCOTT E. UHRIG**, an individual, **WHITEROCK PARTNERS,** an unknown Texas business entity, and **ROES 11** through 20, inclusive<br><br>          Cross-Defendants | |
| **All Related Cross-Actions** | |

- 1 -
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

*Connet & Company v. Uhrig*, et al, Case No. C 08-3366 MEJ

PRINTED ON RECYCLED PAPER

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

SCOTT E. UHRIG, individually and doing business as WHITEROCK PARTNERS, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

RESPECTFULLY SUBMITTED

**CASAS RILEY & SIMONIAN, LLP**

DATED:  August 5, 2008

By:  ___/s/ Valerie S. Higgins_____
Gregory C. Simonian (CA Bar No. 131162)
Valerie S. Higgins (CA Bar No. 238323)
One First Street, Suite 2
Los Altos, CA 94022
Telephone:  (650) 948-7200
Facsimile:   (650) 948-7220
gsimonian@legalteam.com

Attorneys for Defendants
Scott E. Uhrig and WhiteRock Partners

Of counsel:

THE MAJORIE FIRM
   LIMITED PARTNERSHIP

Francis B. Majorie, P.C.
      Texas Bar No. 12851420
      (Pro Hace Motion Pending)
      3514 Cedar Springs Road
      Dallas, TX 75219
      Tel:  214-522-7400
      Fax:  214-522-7911
fbmajorie@themajoriefirm.com

- 2 -
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

*Connet & Company v. Uhrig*, et al, Case No. C 08-3366 MEJ