E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNET & COMPANY LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>SCOTT E. UHRIG, Individually, **WHITE-ROCK PARTNERS**, a Texas D/B/A, **STEPHANIE A. YOUNG**, Individually, **TINA C. MOLOCK**, Individually, and **DOES 1-50**, Inclusive,<br><br>Defendants. | CASE NO. C 08-03366 ~~MEJ~~ MMC<br>(Former San Mateo Superior Court Case, CIV-471614)<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

FRANCIS B. MAJORIE, an active member in good standing of the bar of the State of Texas and the United States District Court for the Northern District of Texas, whose business address and telephone number is The Majorie Firm LTD., 3514 Cedar Springs Road, Dallas, Texas 75219, 214-522-7400, having applied in the above entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Scott E. Uhrig, individually and doing business as defendant White-Rock Partners.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hace vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: AUG 1 8 2008

_____
United States District Court Judge

- 1 -

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case Number   C 08-03366 MEJ