1  ERIC C. KASTNER (SBN 53858)
   L. ROBIN GONZALEZ (SBN 176481)
2  KASTNER | BANCHERO LLP
   2465 East Bayshore Road, Suite 405
3  Palo Alto, CA  94303
4  Telephone:    (650) 967-7854
   Facsimile:    (650) 320-9640
5
   Attorneys for Plaintiff and Counter-Defendant
6  CONNET & COMPANY LLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 CONNET & COMPANY LLC              )  CASE NO.  C083366-MMC
                                     )
12              Plaintiff,           )
                                     )  **PROOF OF SERVICE**
13         v.                        )
                                     )
14 SCOTT E. UHRIG, an individual,    )
   WHITEROCK PARTNERS, an unknown    )
15 Texas business entity, STEPHANIE A.)
   YOUNG, an individual, TINA C. MOLOCK,)
16 an individual, and DOES 1-50      )
                                     )
17                                   )
                Defendant.           )
18                                   )
                                     )
19 AND RELATED CROSS ACTIONS.        )
                                     )
20                                   )

- 1 -

PROOF OF SERVICE - Case No. C 08-03366 MMC

## PROOF OF SERVICE

I am over eighteen years old, not a party in this litigation, and my business address is 2465 E. Bayshore Road, Suite 405, Palo Alto, California 94303. On August 25, 2008, I caused to be served a true copy of the attached on the parties in said action as follows:

*CASE MANAGEMENT CONFERENCE ORDER; and STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY*

**X** (BY REGULAR MAIL) by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said documents will be deposited with the United States Post Office mailbox at Palo Alto, California, addressed as follows:

**X** (BY FACSIMILE) by transmitting the foregoing document(s) by facsimile to the party(ies) identified below by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

| | |
|---|---|
| Jonathan D. Hicks, Esq.<br>Hoge, Fenton, Jones & Appel, Inc.<br>60 South Market Street, 14th Floor<br>San Jose, CA 95113<br>Facsimile: (408) 287-2583<br><br>*Attorney for Defendant TINA MOLOCK* | David Richard Owens<br>OWENS TARABICHI LLP<br>111 S. Saint John Street, Suite 588<br>San Jose, CA 95113<br>Facsimile: (408) 521-2204<br><br>*Attorney for Defendant STEPHANIE YOUNG* |
| Gregory C. Simonian, Esq.<br>Valerie S. Higgins, Esq.<br>CASAS RILEY & SIMONIAN, LLP<br>One First Street, Suite 2<br>Los altos, CA 94022<br>Facsimile: (650) 948-7220<br><br>*Attorney for Defendants SCOTT E. UHRIG, INDIVIDUALLY AND DOING BUSINESS AS WHITEROCK PARTNERS* | Francis B. Majorie<br>THE MAJORIE FIRM, LTD.<br>3514 Cedar Springs Road<br>Dallas, Texas 75219<br>Facsimile: (214) 522-7911<br><br>*ASSOCIATED COUNSEL for Defendants SCOTT E. UHRIG, INDIVIDUALLY AND DOING BUSINESS AS WHITEROCK PARTNERS* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Palo Alto on August 25, 2008.

_____
Alfreda L. HInes