United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CONNET & COMPANY, LLC, | No. C 08-3366  MMC |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT STEPHANIE YOUNG AND DEFENDANT TINA MOLOCK'S RESPECTIVE REQUESTS TO APPEAR AT MEDIATION BY TELEPHONE |
| v. | |
| SCOTT UHRIG, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Having considered the parties' written submissions, having taken into account the nature of the claims and counter-claims in this case and value the parties have ascribed thereto, and being well-apprised of the multiple considerations that inform the widely accepted proposition that mediations are substantially more likely to be productive if the principals participate directly and in person, the Court hereby DENIES the requests by Ms. Young and by Ms. Molock to attend the mediation by telephone. The Court ORDERS Ms. Young and Ms. Molock to attend the mediation on March 9, 2009, in person.

IT IS SO ORDERED.

Dated: February 20, 2009

WAYNE D. BRAZIL
United States Magistrate Judge

1