Kevin Hughey, SBN 197323
E-Mail: kevin.hughey@bullivant.com
Sarah R. Hartmann, SBN 242574
E-Mail: sarah.hartmann@bullivant.com
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501


ERIC C. KASTNER (SBN 53858)
L.ROBIN GONZALEZ (SBN 176481
KASTNER BANCHERO LLP
2465 East Bayshore Road, Suite 405
Palo Alto, CA 94303
Telephone: (650) 967-7854
Facsimile: (650) 320-9640

Attorneys for Plaintiff and Counter-Defendant,
CONNET & COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNET & COMPANY LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT E. UHRIG, an individual, WHITEROCK PARTNERS, an unknown Texas business entity, STEPHANIE A. YOUNG, an individual, TINA C. MOLOCK, an individual, and DOES 1-50,<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No.: C083366-MMC<br><br>**STIPULATED REQUEST AND ORDER CHANGING TIME** |

All parties hereby jointly request an order changing time in order to extend the non-expert discovery cut-off date by sixty (60) days, from May 22, 2009 to July 21, 2009. All other dates set forth in the Pretrial Preparation Order shall remain the same. This request is reasonable and appropriate based on the following:

— 1 —

On or about February 18, 2009, Kevin Hughey and Sarah Hartmann associated in as counsel for Plaintiff and have since taken the role of lead trial counsel. (Declaration of Kevin Hughey in Support of Stipulated Request ("Hughey Decl."), ¶ 2.)

Early on the parties agreed to participate in private mediation; however due to the mediator's scheduling conflicts the mediation did not take place until March 9, 2009. Since the mediation the parties have been and continue to be involved in settlement discussions. (Hughey Decl., ¶ 3.) This case involves difficult and complex issues and the parties desire to continue settlement discussions without having to simultaneously engage in costly discovery due to the coming discovery cut-off. (Hughey Decl., ¶ 3.)

There have been no prior modifications of time in this case, either by stipulation or Court order. (Hughey Decl., ¶ 4.)

The parties do not believe the requested time modification would have any effect on the remaining case schedule. (Hughey Decl., ¶ 5).

DATED: March 25, 2009           BULLIVANT HOUSER BAILEY, PC

                                By _____
                                   Kevin Hughey
                                   Sarah R. Hartmann

                                Attorneys for Plaintiff and Counter-Defendant
                                CONNET & COMPANY LLC

DATED: March 23, 2009           HOGE, FENTON, JONES & APPEL, INC.

                                By _____
                                   Jonathan D. Hicks

                                Attorneys for Defendant and Counter-Claimant
                                TINA C. MOLOCK

| | | |
|---|---|---|
| 1 | DATED: March 25, 2009 | THE MAJORIE FIRM LTD. |
| 2 | | |
| 3 | | By /s/ |
| 4 | | Francis B. Majorie, P.C.<br>*Pro Hac Vice* |
| 5 | | |
| 6 | | Attorneys for Defendant and Counter-Claimant<br>SCOTT E. UHRIG, individually and d/b/a<br>WHITE-ROCK PARTNERS |
| 7 | | |
| 8 | DATED: March 24, 2009 | OWENS TARABICHI LLP |
| 9 | | |
| 10 | | By [signature] |
| 11 | | David R. Owens |
| 12 | | |
| 13 | | Attorneys for Defendant<br>STEPHANIE A. YOUNG |

THE FOREGOING STIPULATION IS HEREBY APPROVED AND IS SO ORDERED. The deadline to complete non-expert discovery is hereby extended from May 22, 2009 to July 21, 2009.; however, said extension, by itself, shall not constitute good cause to continue any other deadline or date.

DATED: March 26, 2009   By: [signature]

UNITED STATES DISTRICT JUDGE

– 3 –