IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNET & COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>SCOTT E. UHRIG, et al.,<br><br>    Defendants<br>_____/ | No. C 08-3366 MMC<br><br>**ORDER RE: SERVICE OF DOCUMENTS ON OR BY TINA C. MOLOCK** |

    By separate order filed concurrently herewith, the Court has granted the motion to withdraw filed by defendant and counterclaimant Tina C. Molock ("Molock"), and, as a consequence, Molock will appear pro se after a copy of said order is served upon her.

    All represented parties are hereby DIRECTED to continue to electronically file any documents. Additionally, all represented parties are hereby DIRECTED to serve Molock electronically at the following e-mail address: tmolock1647@yahoo.com,[1] or, alternatively, by mail or by personal service at the following address:

        Tina C. Molock
        1647 Charles Avenue
        Jonesboro, GA  30236

---

[1] In the motion for withdrawal, Molock consented to service at the above-referenced e-mail address. Accordingly, service on Molock by said electronic means is proper pursuant to Rule 5(b)(2)(E).

Molock is hereby DIRECTED to file any documents on paper, specifically, by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue, San Francisco CA 94102, an original document along with a chambers copy of any original document, such copy clearly marked "Chambers Copy."[2]  Additionally, Molock is hereby DIRECTED to serve all parties with a copy of any document she files with the Clerk, either by electronic means, by mailing, or by personally delivering such copy to counsel for each party that has appeared herein.

**IT IS SO ORDERED.**

Dated:  May 8, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[2] Molock is hereby ADVISED to obtain, either from her former counsel or from the Clerk of the Court, a copy of the Civil Local Rules for the Northern District of California.