```
 1 | Eric C. Kastner, SBN 53858
   | E-mail: eck@kastnerkim.com
 2 | KASTNER KIM LLP
   | 2465 E. Bayshore Road, Suite 405
 3 | Palo Alto, California 94303
   | Telephone: 650.967.7864
 4 | Facsimile: 650.320.9640
 5 | Kevin Hughey, SBN 197323
   | E-Mail: kevin.hughey@bullivant.com
 6 | Sarah R. Hartmann, SBN 242574
   | E-Mail: sarah.hartmann@bullivant.com
 7 | BULLIVANT HOUSER BAILEY PC
   | 1415 L Street, Suite 1000
 8 | Sacramento, California 95814
   | Telephone: 916.930.2500
 9 | Facsimile: 916.930.2501
10 | Attorneys for Plaintiff CONNET &
   | COMPANY LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNET & COMPANY LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SCOTT E. UHRIG, an individual; WHITEROCK PARTNERS, an unknown Texas business entity; STEPHANIE A. YOUNG, an individual; TINA C. MOLOCK, an individual; and DOES 1-50,<br><br>        Defendants. | Case No.: 3:08-CV-03366-MMC<br><br>[PROPOSED] ORDER REMOVING INCORRECTLY FILED DOCUMENTS FROM DOCKET |

Upon review of Plaintiff's Ex Parte Motion to Remove Incorrectly Filed Documents, and good cause appearing,

IT IS HEREBY ORDERED that Documents Numbers 57 and 58 be removed from the Court's docket.

IT IS SO ORDERED.

DATED: June 24, 2009

*Maxine M. Chesney*
UNITED STATES DISTRICT COURT JUDGE

11707187.1

— 1 —

ORDER REMOVING INCORRECTLY FILED DOCUMENTS FROM DOCKET