| | |
|---|---|
| 1 | Kevin Hughey, SBN 197323 |
|   | E-Mail: kevin.hughey@bullivant.com |
| 2 | Sarah R. Hartmann, SBN 242574 |
|   | E-Mail: sarah.hartmann@bullivant.com |
| 3 | BULLIVANT HOUSER BAILEY PC |
|   | 1415 L Street, Suite 1000 |
| 4 | Sacramento, California 95814 |
|   | Telephone: 916.930.2500 |
| 5 | Facsimile: 916.930.2501 |

ERIC C. KASTNER (SBN 53858)
L.ROBIN GONZALEZ (SBN 176481)
KASTNER BANCHERO LLP
2465 East Bayshore Road, Suite 405
Palo Alto, CA 94303
Telephone: (650) 967-7854
Facsimile: (650) 320-9640

Attorneys for Plaintiff and Counter-Defendant,
CONNET & COMPANY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONNET & COMPANY LLC, | ) | Case No.: C083366-MMC |
|  | ) |  |
| Plaintiff, | ) | **STIPULATED REQUEST FOR** |
|  | ) | **DISMISSAL OF ALL CLAIMS AND** |
| vs. | ) | **COUNTERCLAIMS WITH PREJUDICE** |
|  | ) |  |
| SCOTT E. UHRIG, an individual, | ) | AND ORDER THEREON |
| WHITEROCK PARTNERS, an unknown | ) |  |
| Texas business entity, STEPHANIE A. | ) |  |
| YOUNG, an individual, TINA C. MOLOCK, | ) |  |
| an individual, and DOES 1-50, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| AND RELATED CROSS-ACTIONS | ) |  |
|  | ) |  |

– 1 –

1   All parties hereby jointly request an order dismissing all claims and counterclaims in this
2   matter *with* prejudice. This request is reasonable and appropriate because on or about June 19,
3   2009, the parties agreed to a global settlement of all pending claim and counterclaims.

4
5   DATED: June 21, 2009            By _____/s/_____
6                                   MEL CONNET, on behalf of Connet & Company, LLC.
7
8
9   DATED: June ___, 2009           By _____
10                                  STEPHANIE YOUNG
11
12
13  DATED: June ___, 2009           By _____
14                                  SCOTT UHRIG, individually and dba Whiterock Partners
15
16
17  DATED: June ___, 2009           By _____
18                                  TINA C. MOLOCK, Pro Se

19  **APPROVED AS TO FORM AND CONTENT:**
20
21  DATED: June ___, 2009            BULLIVANT HOUSER BAILEY, PC
22
23                                   By _____
24                                      Kevin Hughey
                                        Sarah R. Hartmann
25
26                                   Attorneys for Plaintiff and Counter-Defendant
                                     CONNET & COMPANY LLC
27
28

-2-

All parties hereby jointly request an order dismissing all claims and counterclaims in this matter *with* prejudice. This request is reasonable and appropriate because on or about June 19, 2009, the parties agreed to a global settlement of all pending claim and counterclaims.

DATED: June ___, 2009          By _____
                               MEL CONNET, on behalf of Connet & Company, LLC.

DATED: June 21, 2009           By  /s/ Stephanie Young
                               STEPHANIE YOUNG

DATED: June ___, 2009          By _____
                               SCOTT UHRIG, individually and dba Whiterock Partners

DATED: June ___, 2009          By _____
                               TINA C. MOLOCK, Pro Se

**APPROVED AS TO FORM AND CONTENT:**

DATED: June ___, 2009          BULLIVANT HOUSER BAILEY, PC

                               By _____
                               Kevin Hughey
                               Sarah R. Hartmann

                               Attorneys for Plaintiff and Counter-Defendant
                               CONNET & COMPANY LLC

1 All parties hereby jointly request an order dismissing all claims and counterclaims in this matter *with* prejudice. This request is reasonable and appropriate because on or about June 19, 2009, the parties agreed to a global settlement of all pending claim and counterclaims.

DATED: June ___, 2009           By _____
                                MEL CONNET, on behalf of Connet & Company, LLC.

DATED: June ___, 2009           By _____
                                STEPHANIE YOUNG

DATED: June 21, 2009            By _____
                                SCOTT UHRIG, individually and dba Whiterock Partners

DATED: June ___, 2009           By _____
                                TINA C. MOLOCK, Pro Se

**APPROVED AS TO FORM AND CONTENT:**

DATED: June ___, 2009           BULLIVANT HOUSER BAILEY, PC


                                By _____
                                   Kevin Hughey
                                   Sarah R. Hartmann

                                Attorneys for Plaintiff and Counter-Defendant
                                CONNET & COMPANY LLC

All parties hereby jointly request an order dismissing all claims and counterclaims in this matter *with* prejudice. This request is reasonable and appropriate because on or about June 19, 2009, the parties agreed to a global settlement of all pending claim and counterclaims.

DATED: June ___, 2009

By _____
MEL CONNET, on behalf of Connet & Company, LLC.

DATED: June ___, 2009

By _____
STEPHANIE YOUNG

DATED: June ___, 2009

By _____
SCOTT UHRIG, individually and dba Whiterock Partners

DATED: June 21, 2009

By _/s/ Tina Molock_____
TINA C. MOLOCK, Pro Se

**APPROVED AS TO FORM AND CONTENT:**

DATED: June 22, 2009

BULLIVANT HOUSER BAILEY, PC

By _____
Kevin Hughey
Sarah R. Hartmann

Attorneys for Plaintiff and Counter-Defendant
CONNET & COMPANY LLC

| | | |
|---|---|---|
| 1 | DATED: June 22, 2009 | THE MAJORIE FIRM LTD. |
| 2 | | |
| 3 | | By _____ |
| 4 | | Francis B. Majorie, P.C. |
| | | *Pro Hac Vice* |
| 5 | | |
| 6 | | Attorneys for Defendant and Counter-Claimant |
| | | SCOTT E. UHRIG, individually and d/b/a |
| 7 | | WHITE-ROCK PARTNERS |
| 8 | | |
| 9 | DATED: June ___, 2009 | OWENS TARABICHI LLP |
| 10 | | |
| 11 | | By _____ |
| 12 | | David R. Owens |
| | | Bruno Tarabichi |
| 13 | | |
| 14 | | Attorneys for Defendant |
| | | STEPHANIE A. YOUNG |

THE FOREGOING STIPULATION IS HEREBY APPROVED AND IS SO ORDERED. All claim and counterclaims are hereby dismissed with prejudice.

DATED: June ___, 2009        By: _____

UNITED STATES DISTRICT JUDGE

1 | DATED: June ___, 2009          THE MAJORIE FIRM LTD.
2
3
4                                   By _____
                                        Francis B. Majorie, P.C.
5                                       *Pro Hac Vice*

6                                   Attorneys for Defendant and Counter-Claimant
                                    SCOTT E. UHRIG, individually and d/b/a
7                                   WHITE-ROCK PARTNERS

8
9 | DATED: June __, 2009            OWENS TARABICHI LLP

10
11                                  By _____
                                        David R. Owens
12                                      Bruno Tarabichi

13
14                                  Attorneys for Defendant
                                    STEPHANIE A. YOUNG

15

16     THE FOREGOING STIPULATION IS HEREBY APPROVED AND IS SO

17 ORDERED. All claim and counterclaims are hereby dismissed with prejudice.

18
19 | DATED: June 24, 2009            By: _____
20
21                                      UNITED STATES DISTRICT JUDGE

—3—